UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK,<br><br>    Plaintiff<br><br>v.<br><br>STRATFORD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, DOES I-X, and ROE CORPORATIONS I-X,<br><br>    Defendants<br><br>ALL RELATED COUNTERCLAIMS AND CROSSCLAIMS | 2:15-cv-1259-JAD-PAL<br><br>**Order Granting Motion to Dismiss Counterclaim Against U.S. Bank**<br><br>[ECF 25] |

Local Rule 7-1(c) states that "A dispositive stipulation [that] has been signed by fewer than all the parties or their counsel[] shall be treated as a motion."

There are five parties in this case: Plaintiff/Counterdefendant HSBC Bank National Association; Defendant Stratford Homeowners Association; Defendant/Counterclaimant SFR Investments Pool 1, LLC; Counterdefendant U.S. Bank; and Cross-defendant Nationstar Mortgage, LLC. Two of these parties (SFR and U.S. Bank) filed a "Disclaimer of Interest and Stipulation and Order to Dismiss Counterclaim Against U.S. Bank, as Trustee, with Prejudice." ECF 25. Because this dispositve, two-party stipulation was not signed by all parties or their counsel, I treat it as a joint motion to dismiss the counterclaim as L.R. 7-1(c) requires. With good cause appearing, I grant this motion to dismiss.

IT IS THEREFORE ORDERED that SFR's counterclaims against U.S. Bank are dismissed with prejudice, each side to bear its own fees and costs. The clerk of court is instructed to terminate U.S. Bank as a party to this action.

Dated this 29th day of September, 2015

_____
Jennifer A. Dorsey
United States District Judge