ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:      ariel.stern@akerman.com
Email:      melanie.morgan@akerman.com
Email:      brett.coombs@akerman.com

*Attorneys for Plaintiff HSBC Bank and Cross-defendant Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12,<br><br>    Plaintiff,<br><br>vs.<br><br>STRATFORD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-01259-JAD-PAL<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC a Nevada limited liability company,<br><br>    Counter-Claimant,<br><br>vs.<br><br>HSBC BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF TERWIN MORTGAGE TRUST | |

{41008451;1}                                    1

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2004-18SL, ASSET-BACKED CERTIFICATES TMTS SERIES 2004-18SL; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, SHU QIONG XU, an individual,

Counter-Defendant/Cross-Defendants.

HSBC Bank, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust 2004-12 (**HSBC**) and Nationstar Mortgage LLC, (**Nationstar**) (collectively **Bank Parties**) hereby provides notice Miles Clark, Esq., is no longer associated with the law firm of Akerman LLP. **Bank Parties** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Bank Parties** and requests ARIEL E. STERN, ESQ., MELANIE D. MORGAN, ESQ., and BRETT M. COOMBS, ESQ. receive all future notices.

DATED this 1st day of March, 2017.

**AKERMAN LLP**

*/s/ Melanie Morgan, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff HSBC Bank and Cross-defendant Nationstar Mortgage LLC*

**IT IS SO ORDERED** this 6th day of March, 2017.

Peggy A. Leen
United States Magistrate Judge

{41008451;1}

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 1st day of March, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

/s/ Michael Hannon
An employee of AKERMAN LLP

{41008451;1}

3