MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
thera.cooper@akerman.com

*Attorneys for Plaintiff HSBC Bank and Cross-defendant Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12<br><br>Plaintiff,<br>vs.<br><br>STRATFORD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC a Nevada limited liability company,<br><br>Counter-Claimant<br>vs.<br><br>HSBC BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF TERWIN MORTGAGE TRUST 2004-18SL, ASSET-BACKED CERTIFICATES TMTS SERIES 2004-18SL; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, SHU QIONG XU, an individual<br><br>Counter-Defendant/Cross-Defendants, | Case No.: 2:15-cv-01259-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER TO LIFT STAY** |

48431632;1

Plaintiff/Counter-defendant HSBC Bank, National Association, as Trustee for the Structured Adjustable Rate Mortgage Loan Trust 2004-12 (**HSBC**), Counter-defendant Nationstar Mortgage, LLC (**Nationstar**), Defendant Stratford Homeowners Association (**Association**), and Defendant/Counterclaimant SFR Investments Pool 1, LLC (**SFR**) stipulate to lift the stay imposed by this court on August 17, 2016.

1. The court entered an order staying this case pending resolution of *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.* 832 F.3d 1154 (9th Cir. 2016), on August 17, 2016. (ECF No. 64) HSBC and Nationstar moved to lift the stay on January 20, 2017 (ECF No. 66). The court denied the motion without prejudice based on the pending petitions for certiorari.

2. The Supreme Court denied the petitions for certiorari and the parties agree that the basis upon which this matter was stayed has been satisfied.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

AKERMAN LLP
1635 VILLAGE CENTER CIR, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. The parties will file their proposed discovery plan and scheduling order within twenty-one (21) days after the entry of the order lifting the stay.

| | |
|---|---|
| **LEACH KERN GRUCHOW ANDERSON SONG** <br> Dated this 1st day of April, 2019. | **AKERMAN LLP** <br> Dated this 1st day of April, 2019. |
| */s/ Sean L. Anderson* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 2759 <br> T. CHASE PITTSENBARGER, ESQ. <br> Nevada Bar No. 13740 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br> *Attorneys for Defendant Stratford Homeowners Association* | */s/ Thera A. Cooper* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff HSBC Bank and Cross-defendant Nationstar Mortgage LLC* |

**KIM GILBERT EBRON**
Dated this 1st day of April, 2019.

*/s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Henderson, Nevada 89139

*Attorney for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 8, 2019.

3

48431632;1