MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for HSBC Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust 2004-12 and Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12,<br><br>Plaintiff,<br>v.<br><br>STRATFORD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01259-JAD-BNW<br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC a Nevada limited liability company,<br><br>Counter-Claimant,<br>v.<br><br>HSBC BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF TERWIN MORTGAGE TRUST 2004-18SL, ASSET-BACKED CERTIFICATES TMTS SERIES 2004-18SL; NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, SHU QIONG XU, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

1

50673910;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Pursuant to LR 1A 10.6(e), Rex D. Garner, Esq. hereby moves this Court for an Order removing the following attorney from the court's electronic service notification list in the above-captioned case:

- Attorney Jared M. Sechrist is no longer associated with the law firm of Akerman, LLP.

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC. All future correspondence and papers in this action should continue to be directed to Akerman LLP, Melanie D. Morgan and Rex D. Garner.

DATED this 4th day of November, 2019.

**AKERMAN LLP**

*/s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC*

**ORDER**

**IT IS SO ORDERED.**

_____.
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:15-cv-01636-RCJ-DJA

DATED: **11/7/19**

50673910;1