MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff HSBC Bank and Cross-defendant Nationstar Mortgage LLC*

AKERMAN LLP
1635 VILLAGE CENTER CIR, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HSBC BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12

Plaintiff,

vs.

STRATFORD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

SFR INVESTMENTS POOL 1, LLC a Nevada limited liability company,

Counter-Claimant

vs.

HSBC BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF TERWIN MORTGAGE TRUST 2004-18SL, ASSET-BACKED CERTIFICATES TMTS SERIES 2004-18SL; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, SHU QIONG XU, an individual

Counter-Defendant/
Cross-Defendants.

Case No.: 2:15-cv-01259-JAD-BNW

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

AKERMAN LLP
1635 VILLAGE CENTER CIR, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff/Counter-defendant HSBC Bank, National Association, as Trustee for the Structured Adjustable Rate Mortgage Loan Trust 2004-12 (**HSBC**), Counter-defendant Nationstar Mortgage, LLC (**Nationstar**), and Defendant/Counterclaimant SFR Investments Pool 1, LLC (**SFR**) stipulate and jointly move to continue the settlement conference set by the court (ECF Nos. 112 and 113).

1. The court entered an order on competing motions for summary judgment on March 9, 2020 and ordered the parties to attend a settlement conference (ECF No. 111).

2. Thereafter, the court entered an order setting a settlement conference for May 8, 2020, with confidential settlement statements being due by April 30, 2020. (ECF No. 112).

3. HSBC/Nationstar and SFR are near completion of a settlement that will resolve this and other litigated properties.

4. The parties anticipate the settlement will be completed on or before May 29, 2020, although the current pandemic may interrupt fulfillment of some obligations.

5. Accordingly, the parties have agreed and request the court to approve continuing the settlement conference and its attendant deadlines 90 days to permit the settlement negotiations already underway to reach resolution.

…

…

…

…

…

…

…

…

…

…

…

…

…

6. The parties make this request in good faith and not for purposes of delay or prejudice.

**KIM GILBERT EBRON**
Dated this 20th day of April, 2020.

*/s/ Jacqueline A. Gilbert*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Henderson, Nevada 89139

*Attorney for SFR Investments Pool 1, LLC*

**AKERMAN LLP**
Dated this 20th day of April, 2020.

*/s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff HSBC Bank and Cross-defendant Nationstar Mortgage LLC*

IT IS ORDERED that ECF No. 114 is GRANTED.
IT IS FURTHER ORDERED that the deadline to submit confidential settlement conference statements, the pre-settlement conference call, and the settlement conference are VACATED.
IT IS FURTHER ORDERED that the parties must submit dismissal paperwork or a joint status report regarding settlement by 7/21/2020.

**IT IS SO ORDERED**

**DATED: April 22, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**AKERMAN LLP**
1635 VILLAGE CENTER CIR, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572



52784397;1