MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiff HSBC Bank
and Cross-defendant Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12,<br><br>Plaintiff,<br><br>vs.<br><br>STRATFORD HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01259-JAD-BNW<br><br>**JOINT STATUS REPORT** |
| SFR INVESTMENTS POOL 1, LLC a Nevada limited liability company,<br><br>Counter-Claimant<br><br>vs.<br><br>HSBC BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF TERWIN MORTGAGE TRUST 2004-18SL, ASSET-BACKED CERTIFICATES TMTS SERIES 2004-18SL; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, SHU QIONG XU, an individual<br><br>Counter-Defendant/<br>Cross-Defendants. | |

53925081;1

Pursuant to the court's order on September 28, 2020 (ECF No. 119), Plaintiff/Counter-defendant HSBC Bank, National Association, as Trustee for the Structured Adjustable Rate Mortgage Loan Trust 2004-12 (**HSBC**), Counter-defendant Nationstar Mortgage, LLC (**Nationstar**), and Defendant/Counterclaimant SFR Investments Pool 1, LLC (**SFR**) submit this joint status report.

1. HSBC/Nationstar and SFR have signed a settlement agreement that will resolve this and other litigated properties.

2. The parties anticipate the settlement will be completed by the end of January 2021, although the current pandemic may interrupt fulfillment of some obligations.

3. Accordingly, the parties have agreed and request the court set another status report deadline in 60–90 days to permit the parties to complete the settlement documents and complete a condition precedent to settlement.

4. The parties make this request in good faith and not for purposes of delay or prejudice.

| | |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| Dated this 30th day of November, 2020. | Dated this 30th day of November, 2020. |
| */s/ Diana S. Ebron* | */s/ Rex D. Garner* |
| DIANA S. EBRON, ESQ. | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 10580 | Nevada Bar No. 8215 |
| JACQUELINE A. GILBERT, ESQ | REX D. GARNER, ESQ. |
| Nevada Bar No. 10593 | Nevada Bar No. 9401 |
| 7625 Dean Martin Drive, Suite 110 | 1635 Village Center Circle, Suite 200 |
| Henderson, Nevada 89139 | Las Vegas, Nevada 89134 |
| *Attorney for SFR Investments Pool 1, LLC* | *Attorneys for Plaintiff HSBC Bank and Cross-defendant Nationstar Mortgage LLC* |

ORDER

IT IS ORDERED that by 2/12/2021 the parties must file either dismissal documents or a joint status report indicating the status of settlement and how or if the Court can assist.

**IT IS SO ORDERED**

**DATED:** 10:33 am, December 04, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

53925081;1