DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| HSBC BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12,<br><br>Plaintiff,<br><br>vs.<br><br>STRATFORD HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01259-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AND COUNTERCLAIMS WITH PREJUDICE AS BETWEEN HSBC BANK NATIONAL ASSOCIATION, NATIONSTAR MORTGAGE, LLC, AND SFR INVESTMENTS POOL 1, LLC** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>HSBC BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF TERWIN MORTGAGE TRUST 2004-18SL, ASSET-BACKED CERTIFICATES TMTS SERIES 2004-18SL; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; SHU QIONG XU, an individual,<br><br>Counterdefendants. | ECF No. 122 |

**STIPULATION AND ORDER TO DISMISS CLAIMS
AND COUNTERCLAIMS WITH PREJUDICE AS BETWEEN HSBC BANK
NATIONAL ASSOCIATION AND SFR INVESTMENTS POOL 1, LLC.**

HSBC Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust 2014-12 and Nationstar Mortgage LLC ("Bank") and SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), hereby stipulate and agree that all claims and counterclaims alleged against one another be dismissed with prejudice, each party to bear its own attorney's fees and costs. Nothing in this stipulation is intended to affect SFR's claims against Shu Qiong Xu, against whom default has been obtained [ECF No. 93], and against whom SFR intends to renew its application for default judgment.

DATED this 17th day of February, 2021.

**KIM GILBERT EBRON**

/s/ Jacqueline A. Gilbert
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 17th day of February, 2021.

**AKERMAN LLP**

/s/Melanie D. Morgan
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for HSBC Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust 2014-12 and Nationstar Mortgage LLC*

**ORDER**

Based on the parties' stipulation **[ECF No. 122]** and good cause appearing, IT IS HEREBY ORDERED that **all claims by and between HSBC Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust 2014-12, Nationstar Mortgage LLC, and SFR Investments Pool 1, LLC in this action are DISMISSED with prejudice**, each party to bear its own fees and costs. SFR has until March 1, 2021, to file its renewed motion for default judgment against any remaining party.

_____
DISTRICT COURT JUDGE
2/17/2021