DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12,<br><br>Plaintiff,<br><br>vs.<br><br>STRATFORD HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>HSBC BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST 2004-12; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF TERWIN MORTGAGE TRUST 2004-18SL, ASSET-BACKED | Case No. 2:15-cv-01259-JAD-BNW<br><br>**Order Granting Motion for Default Judgment against Shu Qiong Xu and Closing Case**<br><br><br><br>ECF No. 124 |

- 1 -

CERTIFICATES TMTS SERIES 2004-18SL; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; SHU QIONG XU, an individual,

    Counter/Cross Defendants.

## JUDGMENT BY DEFAULT AGAINST SHU QIONG XU

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") renewed motion for default judgment against Cross-Defendant, Shu Qiong Xu ("Xu"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On August 12, 2015, SFR filed a Cross-Claim (ECF No. 10) for quiet title and declaratory relief against Xu ("Cross-Claim") relating to real property located 644 Vincents Dream Avenue, North Las Vegas, NV 89031; Parcel No. 124-27-114-065 ("Property").

2. Xu failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Xu on May 3, 2019 (ECF No. 93).

3. Xu is not incompetent, an infant or serving in the United States military.

4. SFR submitted credible evidence in support of its renewed motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Xu.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendant, Xu, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

IT IS FURTHER ORDERED that the Motion for Default Judgment **[ECF No. 124] is GRANTED.**

**The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE
Dated:___ 3-2-2021 ___

*Respectfully submitted by:*
**KIM GILBERT EBRON**

/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
(702) 485-3300
(702) 485-3301 (fax)
*Attorneys for SFR Investments Pool 1*

Dated this 19th day of February, 2021.

- 3 -