AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

HSBC BANK NATIONAL ASSOCIATION, AS TRUSTEE,

        Plaintiff,

v.

STRATFORD HOMEOWNERS ASSOCIATION, et al.,

        Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01259-JAD-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered against Cross-Defendant Shu Qiong Xu in favor of SFR Investments Pool 1, LLC. Cross-Defendant, Xu, any successors and assigns, have no right, title or interest in the Property (644 Vincents Dream Avenue, North Las Vegas, NV 89031; Parcel No. 124-27-114-065) and that SFR is the rightful title owner.

3/3/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk